JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LEONEL GARCIA, | ) | No. SACV 13-494-CJC (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DIRECTOR OF CORRECTIONS AND REHABILITATION, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the Petition is dismissed, without prejudice, pursuant to Fed. R. Civ. P. Rule 41(a).

DATED: May 16, 2013

_____
CORMAC J. CARNEY
United States District Judge